ORIGINAL

ECF

FILED
JUN 21 2006
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC., Plaintiff, | § | |
| vs. | § | No. 06-471-C |
| UNITED STATES OF AMERICA Defendant. | § | BID PROTEST |

MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Data Monitor Systems, Inc. ["DMS"] moves that the Court enter an Order enjoining Defendant, the United States of America, acting through its agent, Ms. Jana P. McNeal , Contracting Officer at 1000 Corporate Pointe, Warner Robins, Georgia 31088-3430, from taking any action to proceed with performance of solicitation no. FA6643-05-R-0006 pending the resolution of this matter.

The grounds of this motion, as more fully set forth in the verified Complaint and supporting Memorandum of Points and Authorities in support of Plaintiff's Application for Temporary Restraining Order and motion for Preliminary Injunction are as follows:

1. Defendant, unless enjoined, will proceed to terminate contract number FA4854-06-C-0001 awarded to DMS. Defendant will further proceed to undertake corrective action in response to a protest filed with the General Accounting Officer against award of that contract, which corrective action will include conduct of further competition after unilateral exposure of DMS' price and overall technical score, placing DMS at a significant competitive disadvantage.

2. Plaintiff has presented sufficient evidence and argument to demonstrate that it is likely to succeed on the merits in this action and to obtain the permanent relief prayed for in the Complaint.

3. Unless Defendant is restrained pending final disposition of this action, the injury to Plaintiff in the interim will be irreparable even by final judgment for Plaintiff, since there is no cause of action for monetary relief.

4. No injury will be sustained by Defendant or by the public through issuance of a preliminary injunction, as Defendant can continue to obtain necessary services to be procured under existing contracts;

5. Plaintiff has no adequate remedy at law.

6. Preliminary Injunction will serve the public interest in that it will maintain the integrity of the procurement process and effectuate the purposes of the Competition of the Contracting Act and applicable procurement regulations.

WHEREFORE, PREMISES CONSIDERED, DATA MONITOR SYSTEMS, INC. prays that, upon consideration of the pleadings, that Plaintiff's Motion for Preliminary Injunction be granted.

Dated: June 20, 2006

Respectfully Submitted,

Johnathan M. Bailey
SBN 24000009

BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile: (210) 225-8246

Attorney for Plaintiff
DATA MONITOR SYSTEMS, INC.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Preliminary Injunction and proposed Order has been caused to be delivered by Overnight Delivery to the following this 20th day of June, 2006, by the undersigned.

Michael Dufault
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Airbill Number 851298456755

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Airbill Number 851298456777

Ms. Jana P. McNeal, Contracting Officer
Contracting Division
HQ AFRC/LGCP
1000 Corporate Pointe
Warner Robins, GA 31088-3430
Airbill Number 851298456766

JOHNATHAN M. BAILEY

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. ____________ |
| | § | |
| UNITED STATES OF AMERICA | § | **BID PROTEST** |
| | § | |
| Defendant. | § | |

PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's Motion for Preliminary Injunction, verified Complaint, and Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, and it appearing to the Court that:

1. Defendant, unless enjoined, will proceed to terminate contract number FA4854-06-C-0001 awarded to DMS. Defendant will further proceed to undertake corrective action in response to a protest filed with the General Accounting Officer against award of that contract, which corrective action will include conduct of further competition after unilateral exposure of DMS' price and overall technical score, placing DMS at a significant competitive disadvantage.

2. Plaintiff has presented sufficient evidence and argument to demonstrate that it is likely to succeed on the merits in this action and to obtain the permanent relief prayed for in the Complaint.

3. Unless Defendant is restrained pending final disposition of this action, the injury to Plaintiff in the interim will be irreparable even by final judgment for Plaintiff, since there is no cause of action for monetary relief.

4. No injury will be sustained by Defendant or by the public through issuance of a preliminary injunction, as Defendant can continue to obtain necessary services to be procured under existing contracts;

5. Plaintiff has no adequate remedy at law.

6. Preliminary Injunction will serve the public interest in that it will maintain the integrity of the procurement process and effectuate the purposes of the Competition of the Contracting Act and applicable procurement regulations.

IT IS THEREFORE ORDERED that Defendant, its employees, officers, agents, representatives, and successors in office be and they hereby are:

RESTRAINED AND ENJOINED from termination of contract no. FA4854-06-C-0001 and from proceeding with further action under solicitation number FA6643-05-R-0006 until final hearing and determination by this Court;

PROVIDED that Plaintiff give security in the amount of $ ______________ for the payment of such costs and damages as may be incurred by Defendant if it found to have been wrongfully restrained, such security to be in the form of cash, a certified check, or a bond approved by the Clerk of the Court, no later than June ____, 2006, and it is further;

ORDERED that copies of this Preliminary Injunction be immediately served upon Defendant by the United States Marshall and upon the following officers:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Dufault
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Ms. Jana P. McNeal, Contracting Officer
Contracting Division
HQ AFRC/LGCP
1000 Corporate Pointe
Warner Robins, GA 31088-3430

JUDGE, UNITED STATES
COURT OF FEDERAL CLAIMS