ORIGINAL

ECF

FILED
JUN 2 1 2006
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC. | § | |
| Plaintiff, | § | |
| | § | No. 06-471-C |
| vs. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | BID PROTEST |
| | § | |
| Defendant. | § | |

MOTION FOR LEAVE TO FILE UNDER SEAL

Data Monitor Systems, Inc., Plaintiff in the above styled matter, hereby submits this motion for leave to file its Verified Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction related materials under seal pursuant to Appendix C, (III)(4) of the Local Rules of this Court. This matter comes before the Court after proceedings at the Government Accountability Office wherein the GAO issued its own protective order. Furthermore, it is anticipated that the filings in this case will contain confidential commercial information. In order to maintain the integrity of GAO's order and to protect such information, Plaintiff respectfully requests that this Motion be granted.

Dated: June 20, 2006

Respectfully Submitted,

BAILEY & BAILEY, P.C.
The Milam Building, Suite 711
115 East Travis Street
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile (210) 225-8246

Johnathan M. Bailey
SBN 24000009

Attorney for Plaintiff
Data Monitor Systems, Inc.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Leave to File Under Seal has been caused to be delivered by Overnight Delivery to the following this 20th day of June, 2006, by the undersigned.

Michael Dufault
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Airbill Number 851298456755

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Airbill Number 851298456777

Ms. Jana P. McNeal, Contracting Officer
Contracting Division
HQ AFRC/LGCP
1000 Corporate Pointe
Warner Robins, GA 31088-3430
Airbill Number 851298456766

JOHNATHAN M. BAILEY

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DATA MONITOR SYSTESMS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. ________________ |
| | § | |
| UNITED STATES OF AMERICA, | § | **BID PROTEST** |
| | § | |
| Defendant. | § | |

ORDER GRANTING LEAVE TO FILE UNDER SEAL

Upon consideration of Plaintiff's Motion for Leave to File Under Seal, verified Complaint, and Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, the Court grants the Plaintiff's Motion for Leave to File Under Seal.

IT IS THEREFORE ORDERED that the Verified Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction and related materials are filed under seal pursuant to Appendix C, (III) (4) of the Local Rules of this Court.

______________________________
JUDGE, UNITED STATES COURT
OF FEDERAL CLAIMS