# In the United States Court of Federal Claims

## ORDER

DATA MONITOR SYSTEMS, INC.

No. 06-471C

v.

THE UNITED STATES

Washington, D.C., June 26, 2006

Please take notice that in the above case, there has been entered this day on plaintiff's motion, filed June 21, 2006, for leave to file under seal its Verified Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction,

the following Order:

**ALLOWED.**

s/John P. Wiese
John P. Wiese
Judge