# In the United States Court of Federal Claims

## ORDER

DATA MONITOR SYSTEMS, INC.

No. 06-471C

v.

THE UNITED STATES

Washington, D.C., June 26, 2006

Please take notice that in the above case, there has been entered this day on plaintiff's motion, filed June 21, 2006, for a protective order,

the following Order:

**ALLOWED. The attached protective order, as signed by the court, shall be FILED THIS DAY.**

s/John P. Wiese
John P. Wiese
Judge