UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. 1:06-cv-471 |
| | § | |
| UNITED STATES OF AMERICA | § | **BID PROTEST** |
| | § | |
| Defendant. | § | |

## JOINT STATUS REPORT

Pursuant to this Court's oral order issued from the bench at the June 19, 2006 preliminary conference in the above-titled matter, the parties respectfully submit the following Joint Status Report recommending a schedule for further proceedings in this matter.

Defendant, the United States, represents that it is preparing the administrative record in this action and expects to file the record on or before July 7, 2005. Plaintiff's Motion For Judgment Upon The Administrative Record pursuant to RCFC 52.2 will be filed on or before July 24, 2006. Defendant and Intervenor's Opposition(s) to Plaintiff's Motion and their Cross-Motion(s) for Judgment Upon the Administrative Record would be due on August 24, 2006. Plaintiff would file its Consolidated Reply Brief and Opposition to the Cross-Motion(s) of Defendant and Intervenor on September 8, 2006. Defendant and Intervenor would file their Sur-reply and Response on September 22, 2006. Oral argument would be set at this Court's convenience.

Plaintiff does not anticipate requesting discovery in this case, however, should the administrative record filed upon July 7, 2006, have deficiencies that prevent judicial review upon that record, Plaintiff reserves the right to seek an amendment of this schedule and to move for limited discovery to supplement the administrative record to remedy such deficiencies. Defendant would likely oppose any such motion.

Dated: June 30, 2006

Respectfully Submitted,

Johnathan M. Bailey
SBN 24000009

BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile: (210) 225-8246

Attorney for Plaintiff
DATA MONITOR SYSTEMS, INC.

/s/
Richard B. Oliver
McKenna, Long & Aldridge
Attorney for Intervenor,
T Square Logistics Services, Inc.

/s/
Michael Dufault
U.S. Department of Justice
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Joint Status Report has been caused to be delivered by Facsimile to the following this 30th day of June, 2006, by the undersigned.

Michael Dufault
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Facsimile (202) 353-7988

Richard B. Oliver
McKenna, Long & Aldridge
444 South Flower Street, Suite 800
Los Angeles, CA 90071-2901
Facsimile (213) 243-6330

JOHNATHAN M. BAILEY