UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 1:06-CV-471 |
| | § | Judge John P. Wiese |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

NOW COMES, Data Monitor Systems, Inc. Plaintiff, T Square Logistics Services, Inc., Intervenor, and The United States of America, Defendant, by and through their undersigned counsels respectfully move the Court to amend the existing Scheduling Order in this case as follows:

The parties request that the deadline for filing of the Administrative Record be extended from the current date of July 7, 2006 to July 11, 2006. The parties request that the deadline for submission of Plaintiff's Motion for Judgment Upon the Administrative record be extended from the current date of July 24, 2006 to July 27, 2006. The parties propose no further amendments to the existing schedule.

Accordingly, the Plaintiff, Intervenor, and Defendant respectfully request that the Court enter an order amending the existing scheduling order in this matter in the manner set forth above. This motion is executed on behalf of Intervenor and Defendant by agreement.

Dated: July 10, 2006

Respectfully Submitted,

BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile: (210) 225-8246

By: ______________________
Johnathan Bailey
SBN 24000009

Attorney for Plaintiff
DATA MONITOR SYSTEMS, INC.

/s/ ______________________
Richard B. Oliver
McKenna, Long, Aldridge
Attorney for Intervenor,
T Square Logistics Services, Inc

/s/ ______________________
Michael Dufault
U.S. Department of Justice
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that two true and correct copies of the above and foregoing Joint Motion to Amend Scheduling Order has been caused to be delivered by Overnight Delivery to the following this 10th day of July, 2006, by the undersigned.

Michael Dufault
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Facsimile: (202) 353-7988

Richard Oliver
McKenna, Long & Aldridge
444 South Flower Street, Suite 800
Los Angeles, CA 90071-2901
Facsimile: (213) 243-6330

JOHNATHAN M. BAILEY