**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC., Plaintiff, | ) | No. 06-471C |
| v. | ) | (Judge Weise) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE
TO FILE ADMINISTRATIVE RECORD ON CD-Rom

Defendant, the United States, respectfully requests leave to file its administrative record utilizing a CD-Rom. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. Our administrative record in this case will exceed the 2MB size limitation applicable to electronic files and the 50 page limitation applicable to printed documents provided in RCFC General Order 42A I. ¶¶ 4, 5. Plaintiff's counsel has stated that he does not object to this motion.

The administrative record consists of several volumes. This voluminous set of documents can most efficiently be delivered to the Court and to plaintiff on a CD-Rom. This method will provide efficient and easy access to the record because we can submit the record in searchable format. More important, filing by another media provides the most efficient method for submission of the sealed version of the record. Pursuant to General Order 42A I. ¶ 7, the sealed administrative record may not be filed electronically unless authorized by the Court. Therefore, the

sealed copy of the record is best secured by submission on CD-Rom.

For these reasons, defendant respectfully requests that this motion for leave to file the administrative record on CD-Rom be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0471
Facsimile: (202) 353-7988

Attorneys for Defendant

July 11, 2006

**CERTIFICATE OF FILING**

I hereby certify that on July 11, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault
Michael S. Dufault