# In the United States Court of Federal Claims

No. 06-471C
Filed: July 13, 2006

DATA MONITOR SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

GRANTING MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM

Defendant's July 11, 2006, motion for leave to file the administrative record in this action on CD-Rom is hereby GRANTED. Defendant shall also provide chambers with a hard copy of the administrative record.

s/John P. Wiese
John P. Wiese
Judge