# In the United States Court of Federal Claims

No. 06-471C
Filed: July 13, 2006

| | |
|---|---|
| DATA MONITOR SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

## ESTABLISHING BRIEFING SCHEDULE

In their July 6, 2006, joint status report and July 10, 2006, motion to amend, the parties propose a schedule for further proceedings in this action and name T Square Logistics Services, Inc., as an intervenor herein. To date, however, the court has not received any motion to intervene. Accordingly, T Square Logistics shall file its motion to intervene pursuant to RCFC 24 forthwith and the parties shall adhere to the following briefing schedule:

1. On or before July 27, 2006, plaintiff shall file its motion for judgment on the administrative record.

2. On or before August 24, 2006, defendant and intervenor shall file their cross-motion(s) for judgment on the administrative record.

3. On or before September 8, 2006, plaintiff shall file its response and reply brief.

4. On or before September 22, 2006, defendant and intervenor shall file their reply brief(s).

5. Oral argument on the parties' cross-motions will be scheduled at a later date.

s/John P. Wiese
John P. Wiese
Judge