# In the United States Court of Federal Claims

No. 06-471C
Filed: July 31, 2006

DATA MONITOR SYSTEMS, INC., )
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant. )

---

ORDER

DIRECTING PLAINTIFF TO CORRECT FILING DEFECTS

---

On July 27, 2006, plaintiff electronically filed its motion for judgment upon the administrative record and its proposed findings of fact. Plaintiff failed, however, to use the appropriate event headings for these filings. Accordingly, in an effort to ensure the accuracy of the docket, plaintiff is directed to re-file each of these documents, respectively, as a Rule 52.1(b) motion for entry of judgment and as a "Statement of Facts" in accordance with Rule 52.1(b). In addition, consistent with the court's July 31, 2006, order authorizing the electronic filing of sealed documents, plaintiff shall file these documents under seal.

s/John P. Wiese
John P. Wiese
Judge