IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 1:06-cv-00471-JPW |
| v. | ) | (Judge Wiese) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT MOTION FOR LEAVE TO INTERVENE**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, T Square Logistics Services Corporation, Inc. ("T Square") hereby moves to intervene in the above-captioned action. Counsel for Defendant, the United States, and Counsel for Plaintiff, Data Monitor Systems, Inc., have stated that they do not oppose T Square's intervention. The grounds supporting T Square's motion are set forth in T Square's Memorandum in Support of Motion for Leave to Intervene.

WHEREFORE, T Square respectfully requests that this Court grant T Square's Motion for Leave to Intervene in this action. A proposed Order is attached.

Respectfully submitted,

s/ Richard B. Oliver
Richard B. Oliver
McKenna Long & Aldridge LLP
444 S. Flower Street
Suite 800
Los Angeles, CA 90071
Telephone: 213-243-6169
Facsimile: 213-243-6330

Attorney of Record for Intervenor
T Square Logistics Services Corporation, Inc.

Dated: July 31, 2006