IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 1:06-cv-00471-JPW |
| v. | ) | (Judge Wiese) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

T Square Logistics Services Corporation, Inc. ("T Square"), the awardee of the contract whose contract performance during the pendency of an Inspector General investigation is at issue in this action, has moved to intervene pursuant to Rule 24 of the Rules of the United States Court of Federal Claims. Neither Plaintiff nor Defendant object to T Square's intervention. Accordingly, having considered this Motion and the memorandum in support of the motion, it is hereby

ORDERED that T Square's Motion to Intervene is hereby GRANTED.

__________________________________

Dated: __________________, 2006

LA:17230706.1