IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 1:06-cv-00471-JPW |
| v. | ) | (Judge Wiese) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**T SQUARE LOGISTICS SERVICES CORPORATION, INC.**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, I, Richard B. Oliver, counsel of record for Intervenor, T Square Logistics Services Corporation, Inc., certify that T Square Logistics Services Corporation, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

s/ Richard B. Oliver
Richard B. Oliver, Esq.
McKenna Long & Aldridge LLP
444 S. Flower Street – Suite 800
Los Angeles, CA 90071
Telephone: 213-243-6169
Facsimile: 213-243-6330

Attorney of Record for Intervenor
T Square Logistics Services Corporation, Inc.

Dated: July 31, 2006

LA:17230766.1