# In the United States Court of Federal Claims

No. 06-471C
Filed: August 4, 2006

| | |
|---|---|
| DATA MONITOR SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| T SQUARE LOGISTICS CORP., INC., | ) |
| Defendant-Intervenor. | ) |

---

ORDER

GRANTING MOTION TO INTERVENE

---

Defendant-intervenor's July 31, 2006, motion to intervene is hereby GRANTED.

s/John P. Wiese
John P. Wiese
Judge