**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-471C<br>(Judge Weise) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of this Court, defendant, the United States, respectfully requests a 14-day enlargement of time within which to respond to plaintiff's, Data Monitor Systems, Inc., motion for judgment upon the record and proposed findings of fact. Currently, our response and cross-motion for judgment upon the administrative record are due on August 24, 2006. The extension would bring the date for responding to plaintiff’s motion to September 7, 2006. This is the defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that plaintiff is not opposed to this motion. Counsel for intervenor has indicated that intervenor is not opposed to this motion and requests that intervenor’s brief also be due on September 7, 2006.

This 14-day request for enlargement is necessitated by the fact that Government counsel just received the agency’s response to plaintiff’s proposed findings of fact on August 21, 2006 and has not yet received the agency’s draft brief or litigation

report in this case. According to agency counsel, agency personnel work and travel schedules prevented the agency from providing the Department of Justice with its draft response sooner. Because the litigation report, draft brief, and draft response to plaintiff's proposed findings of fact are essential for formulating a response to plaintiff's claims, counsel for the Government has been unable to devote meaningful time to this case prior to receiving the materials.

The additional time requested is necessary to enable the undersigned trial counsel to review the agency's materials, coordinate the contents of our response with agency counsel, prepare a response, and to obtain the necessary internal approval. The additional time requested by this motion also takes into account the undersigned trial counsel's work and travel schedule, which include travel to San Fransisco, California from August 23 through September 1, 2006 to take several depositions in United States v. Inn Foods, U.S.C.I.T. No. 01-01106. Also in Inn Foods, the undersigned trial counsel is scheduled to defend several depositions in Houston, Texas during the week of September 3, 2006. In Atwood-Leisman, et al. v. United States, Fed. Cl. No. 98-815C, the undersigned counsel has also prepared the Government's witness list, exhibit list, and statement of facts and law, which are currently due on September 1, 2006. Also, in Atwood-Leisman, the undersigned trial counsel is scheduled to take an expert deposition in Boise, Idaho during

the week of September 3, 2006.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 14 days, through and including September 7, 2006, within which to respond to plaintiff's motion for judgement upon the administrative record and proposed findings of fact.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0471
Facsimile: (202) 353-7988

Attorneys for Defendant

August 23, 2006

**CERTIFICATE OF FILING**

I hereby certify that on August 23, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault
Michael S. Dufault