# In the United States Court of Federal Claims

No. 06-471C
Filed: September 11, 2006

DATA MONITOR SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

T SQUARE LOGISTICS CORP., INC.,

Defendant-Intervenor.

---

ORDER

MODIFYING BRIEFING SCHEDULE,
CLARIFYING PROTECTIVE ORDER, and
DIRECTING DEFENDANT TO RE-FILE MOTION

---

As discussed during the telephone conference held this date, the briefing schedule set forth in the court's July 13, 2006, order shall be modified as follows:

> On or before September 22, 2006, plaintiff shall file its response and reply brief.
>
> On or before October 6, 2006, defendant and defendant-intervenor shall file their reply brief(s).

The Protective Order entered on June 26, 2006, applies to plaintiff's counsel, defendant's counsel, and defendant-intervenor's counsel. In addition, paralegal, clerical, and administrative support personnel assisting any counsel who has been admitted under the Protective Order may be given access to protected information if such personnel have first been informed by such counsel of the obligations imposed by the Protective Order.

In an effort to ensure the accuracy of the docket, defendant is directed to re-file its "Motion to Dismiss," filed on September 7, 2006, using the appropriate event heading, i.e., "Cross-Motion for Judgment on the Administrative Record."

s/John P. Wiese
John P. Wiese
Judge