IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DATA MONITOR SYSTEMS, INC., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 06-471<br>(Judge Weise) |
| | § | |
| | § | |
| THE UNITED STATES, | § | |
| | § | |
| Defendant. | § | |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of this Court, Plaintiff, Data Monitor Systems, Inc., respectfully requests a 3-day enlargement of time within which to responds to Defendant's Response to Plaintiff's Motion for Judgment Upon the Administrative Record, and Defendant's Motion to Dismiss, and Reply to Intervenor's Response to Plaintiff's Motion for Judgment Upon the Administrative Record.

Currently, our Reply to the Response to the Motion for Judgment Upon the Administrative Record, and our Response to the Motion to Dismiss are due on Friday, September 22, 2006. The extension would bring the date for responding to Monday, September 25, 2006. This is the Plaintiff's first request for an enlargement of time for this purpose. Counsel for Defendant has indicated that Defendant is not opposed to this motion, and requests that Defendant's Reply Brief also be due on the October 9, 2006, which Plaintiff does not oppose. Counsel for Intervenor has indicated that Intervenor is not opposed to this motion and requests that Intervenor's Reply Brief also be due on October 9, 2006, which Plaintiff does not oppose.

This 3-day request for enlargement is necessitated by conflicts with other matters which have developed since the last conference call regarding this matter. This enlargement is sought solely to resolve such conflicts, and nor for purposes of delay.

For these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's unopposed motion for an enlargement of time of 3 days, through and including September 25, within which to respond to Defendant's Response to the Motion for Judgment on the Administrative Record and Defendant's Motion to Dismiss, and to Reply to Intervenor's Response to Plaintiff's Motion for Judgment Upon the Administrative Record.

Respectfully submitted

BAILEY & BAILEY, P.C.
The Milam Building, Suite 711
115 East Travis Street
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile (210) 225-8246

By: ______________________
Johnathan M. Bailey
SBN 24000009

Attorney for Plaintiff
Data Monitor Systems, Inc.

# CERTIFICATE OF FILING

I hereby certify that on September 21, 2006, a copy of the foregoing, "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Johnathan M. Bailey