# In the United States Court of Federal Claims

No. 06-471C
Filed: October 16, 2006

| | |
|---|---|
| DATA MONITOR SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| T SQUARE LOGISTICS CORP., INC., | ) |
| Defendant-Intervenor. | ) |

---

ORDER

SCHEDULING ORAL ARGUMENT

---

Oral argument on the parties' cross-motions for judgment on the administrative record shall be held at 2:30 p.m. (EDT) on Thursday, October 19, 2006, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiff and defendant-intervenor may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge