# In the United States Court of Federal Claims

**No. 06-471 C**

**DATA MONITOR SYSTEMS, INC.**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**and**

**T SQUARE LOGISTICS SERVICES CORPORATION, INC.**
**Defendant-Intervenor**

**JUDGMENT**

Pursuant to the court's Opinion, filed November 9, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

November 13, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.